IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAY TURNER, #224856, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-01311 |
| ) | |
| HENRY STEWARD, Warden, ) | Judge Campbell |
| ) | |
| Respondent. ) | |

## ORDER

This Court entered a memorandum opinion and order denying petitioner Ray Turner's § 2254 petition on September 3, 2014 (ECF Nos. 14 and 15). In the order dismissing the petition, the Court expressly declined to issue a certificate of appealability. The petitioner has now filed a timely Notice of Appeal (ECF No. 20). Pursuant to Rule 22(b)(2) of the Federal Rules of Appellate Procedure, the petitioner's Notice of Appeal also constitutes a request to the judges of the court of appeals for a certificate of appealability.

However, the petitioner has not submitted either the $505 appellate filing fee or a motion or application to proceed on appeal *in forma pauperis*. The petitioner **MUST**, within **30 DAYS**, cure this deficiency by submitting to this Court either the $505 fee or a completed and properly supported application to proceed *in forma pauperis*. In accordance with Rule 24(a)(1) of the Federal Rules of Appellate Procedure, the petitioner must attach to his application or motion an affidavit in which he claims an entitlement to redress and states the issues that he intends to present on appeal. The petitioner is forewarned that failure to submit the requisite filing fee or application to proceed on appeal *in forma pauperis* within the 30 days allotted may result in summary dismissal of the appeal.

It is so **ORDERED**.

_Todd Campbell_
Todd Campbell
United States District Judge